UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA #12 (11/17 HRG OFF)

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-1447 PSG (ANx) | Date | November 6, 2014 |
|---|---|---|---|
| Title | Paula Ray v. Attorney General of Massachusetts, *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order GRANTING Motion to Dismiss

    Before the Court is Defendant Attorney General of Massachusetts's ("Defendant") motion to dismiss Plaintiff's complaint. Dkt. # 12. The Court finds this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7-15. After considering Defendants' unopposed moving papers, the Court GRANTS the motion.

    Defendants' motion was set for a hearing on November 17, 2014. *See* Dkt. # 12. As a result, Plaintiff's opposition brief was due by October 27, 2014. *See* L.R. 7-9. Plaintiff has not filed an opposition. Accordingly, pursuant to Local Rule 7-12, the Court deems the Plaintiff to have consented to the motion. Plaintiff has not requested leave to amend.

    Plaintiff's claims are DISMISSED as to Defendant Attorney General of Massachusetts, without leave to amend.

    **IT IS SO ORDERED.**